Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **SHERILYN DAVIS,** an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY,** a foreign corporation<br><br>Defendant. | NO. 3:24-cv-05506-DGE<br><br>ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT (Dkt. No. 15) |

## STIPULATION

### I.    RELIEF REQUESTED

The parties respectfully submit the following motion and hereby request that the Court issue an order granting Plaintiff's leave to amend her Complaint pursuant to LCR 15.

### II.    STATEMENT OF FACTS

Plaintiff filed her Complaint in the Superior Court for the State of Washington for the County of Pierce on May 20, 2024. The case was removed to this Court on June 25, 2024. Plaintiff now seeks to amend the Complaint to add a cause of action for violation of

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT
No. 3:24-cv-05506-DGE Pg. – 1

EMBER LAW *PLLC*
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 858-8182

the Insurance Fair Conduct Act ("IFCA"). The parties hereby stipulate that leave to amend the Complaint should be granted. By stipulating to this Motion for Leave to Amend, Defendant does not waive any of its rights or defenses with regard to the claims asserted or to be asserted by Plaintiff in this action. A copy of Plaintiff's redlined Amended Complaint is provided herewith.

    IT IS SO STIPULATED

    Tuesday, October 29, 2024.

| FORSBERG & UMLAUF, P.S. | EMBER LAW PLLC |
|---|---|
| */s/Rishabh Agny* [with authorization] | */s/Chance Yager*_____ |
| Ryan J. Hesselgesser, WSBA #40720 | Leah S. Snyder, WSBA No. 44384 |
| Rishabh R. Agny, WSBA #49721 | Chance B. Yager, WSBA #44384 |
| 901 Fifth Ave, Suite 1400 | 1700 Seventh Avenue Suite 2100 |
| Seattle, WA 98164 | Seattle, WA 98101 |
| P. (206) 689-8500 | P. (206) 468-9410 |
| F. (206) 689-8501 | F. (206) 858-8182 |
| Attorneys for Defendant | Attorneys for Plaintiffs |
| rhesselgesser@foum.law | chance@emberlaw.com |
| ragney@foum.law | leah@emberlaw.com |

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT
No. 3:24-cv-05506-DGE Pg. – 2

EMBER LAW *PLLC*
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 858-8182

**ORDER**

The Parties' stipulated motion (Dkt. No. 15) is GRANTED.  Plaintiff may file the Amended Complaint as appended.  (Dkt. No. 13 at 7–13.)

Dated this 30th day of October, 2024.

_____
David G. Estudillo
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT
No. 3:24-cv-05506-DGE Pg. – 3

EMBER LAW *PLLC*
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
P. (206) 899-6816 F. (206) 858-8182